UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

TWIN CITY FLOOR COVERING INDUSTRY PENSION FUND AND TWIN CITY FLOOR COVERING INDUSTRY FRINGE BENEFIT TRUST FUND,

Plaintiffs,

vs.

FLOOR STORE, INC., d/b/a JERRY'S FLOOR STORE,

Defendant.

Civil File No. 02-CV-38 PAM/JGL

**ORDER TO CHANGE CAPTION**

Pursuant to the Stipulation of the parties, the above-referenced file shall have the caption changed to reflect the identify of the name holder of Jerry's Floor Store and shall be changed as set forth above.

**IT IS SO ORDERED.**

Date: April 5, 2002

Jonathan Lebedoff
Chief United States Magistrate Judge

82612



FILED APR 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______