UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-38 (PAM/JGL)

TWIN CITY FLOOR COVERING
INDUSTRY PENSION FUND, et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

FLOOR STORE, INC.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one to two days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to July 1, 2002;

3. All parties shall disclose all expert witnesses by November 1, 2002, and reports by February 1, 2003;

4. The period during which the parties may seek discovery shall be completed by February 1, 2003;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to March 1, 2003;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to May 1, 2003; and

7. This case will be considered "ready for trial" as of June 1, 2003.

DATED: April 17, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Filed ______
Richard D. Sletten, Clerk
Judgment Entd.______
Deputy Clerk______