AO 456 (Rev. 5/85) Notice

ORDER TO SHOW CAUSE HEARING CONTINUED

# United States District Court

DISTRICT OF MINNESOTA

Twin City Floor Covering
Industry Pension Fund, et al.,

V.

Floor Stores, Inc.,
dba Jerry's Floor Store,

## NOTICE

CASE NUMBER: 02-CV-38 (PAM/RLE)

TYPE OF CASE: [X] CIVIL [ ] CRIMINAL

[ ] TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

Hearing re: Order to show cause

[X] TAKE NOTICE the hearing in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| 7th Floor, Fed. Bldg. Courtroom #1 316 N. Robert St. St. Paul, MN | Thursday, July 10, 2003 @ 10:45 A.M. | Wednesday, July 9, 2003 @ 10:45 a.m. |

RICHARD SLETTEN, CLERK
U.S. MAGISTRATE OR CLERK OF COURT

June 20, 2003
DATE

(BY) DEPUTY CLERK Suzanne M. Ruiz

To: Counsel of Record

JUN 20 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK