UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Twin City Floor Covering
Industry Pension Fund,
et al.,

Plaintiff,

vs.

CERTIFICATE OF READINESS FOR TRIAL

Floor Store, Inc., d/b/a
Jerry's Floor Store,

Defendant.

Civ. No. 02-38(PAM/RLE)

* * * * * * * * * * * * * * * * * *

TO: Honorable Paul A. Magnuson, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: July 9th, 2003
At Duluth, Minnesota

JUL 09 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

15