**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

Twin City Floor Covering Industry Pension Fund and Twin City Floor Covering Industry Fringe Benefit Trust Fund,

Plaintiffs,

vs.

Floor Store, Inc. d/b/a Jerry's Floor Store,

Defendants.

Civil File No. 02-CV-38 PAM/~~JGL~~ RLE

**ORDER**

Pursuant to the Stipulation of the parties, this matter is hereby dismissed without prejudice and without costs to either party.

The Clerk of Court is directed to assign to the undersigned Judge any subsequently filed lawsuit involving substantially the same allegations as those made in this Complaint and also involving Defendant and the administrators of the Plaintiff Funds.

**IT IS SO ORDERED.**

Date: September 26, 2003

The Honorable Paul A. Magnuson
United States District Court Judge

SEP 29 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Twin City Floor Covering Industry Pension Fund and Twin City Floor Covering Industry Fringe Benefit Trust Fund,

Plaintiffs,

vs.

Floor Store, Inc. d/b/a Jerry's Floor Store,

Defendants.

Civil File No. 0~~1~~ 2-CV-38 PAM/~~JGL~~ RLE

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

---

Pursuant to Fed.R.Civ.P. 41(a), the Plaintiffs and the Defendant in the above-captioned matter, by and through their respective counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed without prejudice.

The parties respectfully request that the Court direct the Clerk of Court to assign to the undersigned Judge any subsequently filed lawsuit involving substantially the same allegations as those made in this Complaint and also involving Defendant and the administrators of the Plaintiff Funds.

Date: 9 · 16 · 3

MCGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By ______________________

Pamela H. Nissen
Attorney Reg. No. 259810
Timothy J. Foster
Attorney Reg. No. 0320705

800 Nicollet Mall, Suite 2600
Minneapolis, Minnesota 55402-7035
Telephone: 612.338.2525

*Attorneys for Plaintiffs*

Date: 9/16/03

NICHOLS KASTER & ANDERSON, PLLP

By ______________________

J. Poage Anderson
Attorney Reg. No. 166194

4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2242

*Attorneys for Defendant*

*Document: 137171.DOC*